IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY BENAVIDEZ,

    Plaintiff,

v.                                                           Civ. No. 05-225 WDS/RLP

ABS GLOBAL, INC., a
 foreign corporation,

    Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the court on Defendant ABS Global, Inc.'s Motion to Quash Subpoenas served on two treating physicians of a non-party witness, Chad Smith, an employee of ABS Global, Inc.

In general, only the individual served with a subpoena duces tecum has standing to contest a subpoena. *Smith v. Midland Brake, Inc.*, 162 F.R.D. 683, 685 (D. Kan. 1995). ABS Global, Inc. does not have standing.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Quash Subpoenas [Doc. 26] is denied.

IT IS SO ORDERED.

                                                                Richard L. Puglisi
                                                                United States Magistrate Judge